UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEONA ADKINS, | ) | CASE NO: 1:05CV1442 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| MERCK & CO., INC., | ) | ORDER |
| | ) | |
| Defendant(s), | ) | |

Proceedings in this action are stayed until such time as this action is transferred to the MDL No. 1657 In re Vioxx product liability litigation proceeding. Should this action not be so transferred, the parties are to report to the Court regarding whether the stay should be continued or lifted.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
U.S. DISTRICT COURT JUDGE

Date: 8/22/05